FILED

2012 MAR 23 PM 2:58

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 12 00272 |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2251(a): Sexual Exploitation of a Child; 18 U.S.C. § 2422(b): Attempt to Entice a Minor to Engage in Sexual Activity; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| EUGENE BALLANTYNE, aka "John Baldwin," aka "John Swanson," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2251(a)]

Beginning on or about January 20, 2012, and continuing until on or about January 26, 2012, in San Bernardino County, within the Central District of California, and elsewhere, defendant EUGENE BALLANTYNE, also known as ("a.k.a.") "John Baldwin," a.k.a. "John Swanson," knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, S.C., then a 13-year-old girl, to engage in sexually explicit conduct for the

1  purpose of producing a visual depiction of such conduct, which
2  visual depiction was produced and transmitted using materials
3  that had been mailed, shipped, and transported in and affecting
4  interstate and foreign commerce by any means, including by
5  computer, and transported and transmitted using any means or
6  facility of interstate and foreign commerce and in or affecting
7  interstate or foreign commerce, and mailed.

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning on or about January 20, 2012, and continuing until on or about January 26, 2012, in San Bernardino County, within the Central District of California, and elsewhere, defendant EUGENE BALLANTYNE, also known as ("a.k.a.") "John Baldwin," a.k.a. "John Swanson," used a facility of interstate commerce, namely, the Internet, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person can be charged with a criminal offense, namely, Lewd Acts on a Child, in violation of California Penal Code Section 288(a).

COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about January 23, 2012, in San Bernardino County, within the Central District of California, defendant EUGENE BALLANTYNE, also known as ("a.k.a.") "John Baldwin," a.k.a. "John Swanson," knowingly received a digital image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), entitled "9417988e-93ce-4028-bb7a-a6641db7bfda.jpg," that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about January 25, 2012, in San Bernardino County, within the Central District of California, defendant EUGENE BALLANTYNE, also known as ("a.k.a.") "John Baldwin," a.k.a. "John Swanson," knowingly received a digital image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), entitled "4621d89f-f0d8-4d52-a28d-31bb037a478a.jpg," that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about January 26, 2012, in San Bernardino County, within the Central District of California, defendant EUGENE BALLANTYNE, also known as ("a.k.a.") "John Baldwin," a.k.a. "John Swanson," knowingly possessed a cellular phone, namely, a Motorola DROID2 smartphone bearing mobile serial number L516NU7JMQ, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, an image named "1eb0a159-610e-4bc8-8172-2e38b33c0268.jpg," that had been shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means,

//

//

including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch Office

JERRY C. YANG
Assistant United States Attorney
Riverside Branch Office